**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 7, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1782,           <u>Christopher Holmes v. Elephant Insurance Company</u>
                         3:22-cv-00487-JAG

TO:
Jaime  Cardenas
Robert  Shaw
Christopher  Holmes
Trinity  Bias

BRIEF OR JOINT APPENDIX CORRECTION DUE:  September 12, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

_____

[ X ]  <u>See Checklist</u>: Please make corrections identified on attached checklist.

Rickie Edwards, Deputy Clerk
804-916-2702