U S District Court of Appeals
Holmes v Elephant case
1100 East Main St
Richmond Virginia 23219
11/4/2024

RECEIVED
2024 NOV -7 P 1:42
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Robert M. Shaw
613 Lincoln St
Osage City Ks 66523

Honorable Judges

I am Robert Shaw one of the Plaintiffs in Holmes V Elephant Insurance and I am making sure that I am included in the case.

I had an agreement with Anderson Berry of Arnold law firm that in joining the case if we won the case I would get 65% of any awarded monies.

The case went to Court and I inquired with Mr Berry how the case went and he told me that those guys are very slow suggesting they would make a settlement, and I called the Court to find out that Mr Berry lied to me the case had been lost.

After that Mr Berry called me and said that the law firm was appealing the case and he added me back to the case.

As of Monday October 28th 2024 I was a part of the case and was invited to join the Hearing by Ms Boots an office paralegal and I participated in the case and was actively communicating with Ms Boots.

On Friday November 1 2024 I was told by Ms Boots that I was not included in the Hearing so I want to clear this matter up because Arnold Law firm seems to have lost my signature on the agreement and can't find copies.

Please note that I am the only Plaintiff that actually had Elephant Insurance thus Elephant had a duty to protect my information.

If this is an accident then I am correcting it, but if intentional that Arnold Law firm would be working against me their client and trying to unjustly enrich themselves.

If this an attemp solely for the purpose of the lawfirm to cheat its clients then maybe any awarded monies should go to the Plaintiffs only and nothing to the law firm.

Respectfully

Robert M. Shaw

*Robert M Shaw*

Dear Court Clerk

Please address this letter directly to the Court itself.

Exhibit A shows that I was invited by Ms Boots of the Arnold Law firm to as their client attend the Court Hearing on Youtube which the Plaintiff Shaw did.

The invite was Monday Oct 28th 2024.

 Gmail  Search mail

Compose

Inbox
Starred
Snoozed
Sent
Drafts
More

Labels

# Elephant Insurance - Oral Argument Hea

**Angelea Boots** <Angelea@justice4you.com>
to me, Bianca

Hello Robert,

Thank you for calling this morning! Please see the attached link to

Panel VI (Tan Courtroom) Oral Arguments - 9:30am Tuesday 10/29

I am still looking into the Change Healthcare case for you. As of rig settlement is obtained in the future.

In the meantime, if you have any questions please feel free to reac

Kind regards,

*Exhibit A*

Robert M. Shaw
613 Lincoln ST
Osage City KS
66523

KANSAS CITY 640
4 NOV 2024 PM 3 L

Deliver To the Judges personally
Holmes v Elephant Ins.
U.S. District Appeals Court
1100 East Main ST
Richmond, Virginia
23219



RECEIVED
U.S. MARSHALS